UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | ) | |
|---|---|---|
| | ) | Case No. 15-30381-beh |
| HEATHER ERICKSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## MOTION TO DELAY ENTRY OF ORDER DISCHARGING DEBTOR

NOW COMES the debtor, Heather Erickson, by and through her attorneys, DeLadurantey Law Office, LLC, by Nathan E. DeLadurantey, and hereby moves the Court to delay entry of the Order of Discharge until January 15, 2016 for the limited purpose of allowing her time to file a reaffirmation agreement with the court.

The debtor believes that an extension allowing her time to file a reaffirmation agreement will not adversely affect her creditors. Therefore, the debtor prays that the Court delay entering an Order Discharge Debtor to January 15, 2016.

Dated: December 9, 2015.

                                                DeLadurantey Law Office, LLC
                                                Attorneys for Debtor

                                                /s/
                                                By: Nathan E. DeLadurantey
                                                State Bar No. 1063937

Drafted by:
Matthew L Hoenig
SBN 1097901
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
matthew@dela-law.com